| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT INITIAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gan, Scott H. | United States Bankruptcy Court-Arizona | 3/26/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge-Active | ☐ Nomination    Date <br> ☑ Initial    ☐ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 1/1/2013 to 2/28/2015 |

**7. Chambers or Office Address**

James A. Walsh Courthouse
38 South Scott Avenue
Tucson, AZ 85701-1704

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Pima Community College-Paralegal Advisory Board (not for profit) |
| 2. | Board Member | Cascade Foundation (not for profit) |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2A |
| 5. | Trustee | Trust #2B |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Mesch, Clark & Rothschild, PC Retirement Plan with former law firm, no control |
| 2. | 2014 | Mesch, Clark & Rothschild, PC Retirement Plan with former law firm, no control |
| 3. | 2014 | Mesch, Clark & Rothschild, PC-Agreed upon payment for fees to be collected in the future-no control |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Mesch, Clark & Rothschild, PC, salary | $392,997.00 |
| 2. 2013 | Mesch, Clark & Rothschild, PC, salary | $586,495.00 |
| 3. 2014 | Mesch, Clark & Rothschild, PC, salary | $153,594.10 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 7-11, 2014 | Chicago, IL | attend NCBJ conference | lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST #1 | | | | | | | | | |
| 2. -Dreyfus Cash Management Administrative Shares | A | Int./Div. | | | | | | | |
| 3. -Actavis PLC (common stock) | D | Dividend | K | T | | | | | |
| 4. -Seadrill Ltd (common stock) | C | Dividend | J | T | | | | | |
| 5. -Stratasys Ltd (common stock) | | None | J | T | | | | | |
| 6. -NXP Semiconductors N V (common stock) | | None | K | T | | | | | |
| 7. -Avago Technologies Limited (common stock) | D | Dividend | K | T | | | | | |
| 8. -Alp Alerian Mlp Etf | A | Dividend | K | T | | | | | |
| 9. -Apple Inc (common stock) | C | Dividend | L | T | | | | | |
| 10. -Boeing Company (common stovck) | A | Dividend | K | T | | | | | |
| 11. -Cemex A B De CV Spons Adr New Reps Ten Ord Participation Cer ts | A | Dividend | K | T | | | | | |
| 12. -Claymore Guggenheim China Small Cap Ete | A | Dividend | K | T | | | | | |
| 13. -First Trust Dorsey Wright Focus 5 Etf | | None | K | T | | | | | |
| 14. -Ishares 7-10yr Treasury Bond ETF | A | Dividend | K | T | | | | | |
| 15. -Ishares Russell Mid Cap Growth ETF | A | Dividend | K | T | | | | | |
| 16. -Ishares S&P Small Cap 600 Growth ETF | A | Dividend | K | T | | | | | |
| 17. -Ishares Iboxx S High Yield Corp Bond ETF | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Market Vectors Gold Miners Etf (common stock) | | None | J | T | | | | | |
| 19. -Mastercard Inc Class A (common stock) | A | Dividend | K | T | | | | | |
| 20. -Microsoft Corp (common stock) | | None | K | T | | | | | |
| 21. -Micron Technology Inc (common stock) | D | Dividend | K | T | | | | | |
| 22. -Powershares Dynamic Biotech & Genome Etf (common stock) | | None | K | T | | | | | |
| 23. -Priceline Group Inc (common stock) | D | Dividend | J | T | | | | | |
| 24. -Rydex Guggenheim S&P 500 Equal Weighted Index ETF | | None | K | T | | | | | |
| 25. -Rydex Guggenheim S&P 500 Equal Weight Health Care Etf | | None | K | T | | | | | |
| 26. -Sirona Dental Systems Inc. (common stock) | C | Dividend | K | T | | | | | |
| 27. -Spirit Airlines (common stock) | D | Dividend | | | | | | | |
| 28. -TRW Automotive Holdings Corp (common stock) | | None | K | T | | | | | |
| 29. -Tesla Motors Inc (common stock) | E | Dividend | | | | | | | |
| 30. -Toyota Motor Corp Sponsored Adr (common stock) | B | Dividend | K | T | | | | | |
| 31. -3D Systems Corp Del New (common stock) | | None | J | T | | | | | |
| 32. -United Continental Hldgs Inc (common stock) | | None | K | T | | | | | |
| 33. -Valero Energy Corp (common stock) | A | Dividend | K | T | | | | | |
| 34. -Yahoo Inc. (common stock) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Manitowoc Company Inc (common stock) | | None | | | | | | | |
| 36. -Yamana Gold Inc (common stock) | A | Dividend | | | | | | | |
| 37. -Organovo Holdings Inc (common stock) | | None | | | | | | | |
| 38. _ING Global Real Estate | C | Dividend | | | | | | | |
| 39. -Williams Partners Ltd (common stock) | C | Dividend | | | | | | | |
| 40. -Proctor & Gamble (common stock) | D | Dividend | | | | | | | |
| 41. -Visa (common stock) | D | Dividend | | | | | | | |
| 42. -Vanguard Global Ex Us Real Est (common stock) | B | Dividend | | | | | | | |
| 43. -American Tower Reit Com (common stock) | A | Dividend | | | | | | | |
| 44. -Lithia Motors Inc (common stock) | A | Dividend | | | | | | | |
| 45. -DB X Trackers MSCI Japan Hedge | A | Dividend | | | | | | | |
| 46. -Guggenheim China Small Cap ETF | A | Dividend | | | | | | | |
| 47. -Biogen Idec Inc. | D | Dividend | | | | | | | |
| 48. -EMC Corp Mass | C | Dividend | | | | | | | |
| 49. -SPDR Gold Tr Gold Shs | A | Dividend | | | | | | | |
| 50. -Netflix | A | Dividend | | | | | | | |
| 51. -Vanguard FTSE Emerging Markets | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Advanced Energy Ind Inc | C | Dividend | | | | | | | |
| 53.  -Salesforce.com | A | Dividend | | | | | | | |
| 54.  -ETFS White Metals Basket Trust | | None | | | | | | | |
| 55.  -Proshares Short S&P 500 | | None | | | | | | | |
| 56.  -ING Global Bond 1 | A | Dividend | | | | | | | |
| 57.  -Yelp, Inc | D | Dividend | | | | | | | |
| 58.  -Nu Skin Enterprise | | None | | | | | | | |
| 59.  -Alkermes Plc Shs | C | Dividend | | | | | | | |
| 60.  -Chart Industries | C | Dividend | | | | | | | |
| 61.  -Westport Innovations Inc. | | None | | | | | | | |
| 62.  Fremont Street | E | Distribution | M | U | | | | | |
| 63.  IP Building | D | Distribution | M | U | | | | | |
| 64.  Fort Apache Plaza LLC | B | Distribution | K | U | | | | | |
| 65.  259 N. Meyer Assoc II | E | Distribution | | | | | | | |
| 66.  285-295 N. Meyer Avenue LLC | C | Distribution | | | | | | | |
| 67.  Mutual Global Discovery (mutual fund) | A | Int./Div. | K | T | | | | | |
| 68.  Cash MCR 401k Profit Sharing | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TRUST #2A | | | | | | | | | |
| 70. -Lyondellbasell Industries N V Ord SHS CL A | | None | | | | | | | |
| 71. -Legg Mason BW Alternative Credit CL A - mutual fund | A | Dividend | J | T | | | | | |
| 72. -Blackrock Muniyield Quality Fund III Inc, -common stock | A | Dividend | J | T | | | | | |
| 73. -Delta Airlines Inc-common stock | A | Dividend | J | T | | | | | |
| 74. -Toyota Motor Corp Sponsored ADR-common stock | A | Dividend | J | T | | | | | |
| 75. -TE Connectivity LTD-common stock | A | Dividend | J | T | | | | | |
| 76. -Goldman Sachs Group Inc.-common stock | A | Dividend | | | | | | | |
| 77. -Crown Castle Intl Corp -common stock | A | Dividend | J | T | | | | | |
| 78. -ING Groep N.V Sponsored -common stock | | None | | | | | | | |
| 79. -KKR & Company Del Com Units -common stock | A | Dividend | J | T | | | | | |
| 80. -McKesson Corp-common stock | A | Dividend | J | T | | | | | |
| 81. -Reynolds American Inc. -common stock | A | Dividend | J | T | | | | | |
| 82. -Synaptics Inc-common stock | | None | J | T | | | | | |
| 83. -Telus Corp-common stock | A | Dividend | J | T | | | | | |
| 84. -Verifone Systems Inc.-common stock | | None | J | T | | | | | |
| 85. -Verizon Communications Inc. -common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Ace Ltd-common stock | A | Dividend | J | T | | | | | |
| 87. -Alps Alerian Mlp Etf-common stock | A | Dividend | J | T | | | | | |
| 88. -Anheuser Busch Inbev SA/NV--common stock | A | Dividend | J | T | | | | | |
| 89. -Apple Inc. -common stock | B | Dividend | J | T | | | | | |
| 90. -Calpine Corp -common stock | A | Dividend | | | | | | | |
| 91. -Corrections Corp Amer-common stock | A | Dividend | J | T | | | | | |
| 92. -Walt Disney Co-common stock | A | Dividend | J | T | | | | | |
| 93. -Discover Financial Svcs -common stock | A | Dividend | J | T | | | | | |
| 94. -HCA Holdings Inc. -common stock | A | Dividend | J | T | | | | | |
| 95. -Be Aerospace Inc-common stock | | None | | | | | | | |
| 96. -Las Vegas Sands Corp-common stock | A | Dividend | | | | | | | |
| 97. -Marathon Petroleum Corp-common stock | A | Dividend | | | | | | | |
| 98. -TRW Automotive Holdings Corp-common stock | A | Dividend | | | | | | | |
| 99. -Tupperware Brands Corp-common stock | A | Dividend | | | | | | | |
| 100. -Vodafone Group PLC NEW Sponsored ADR NO Par -common stock | A | Dividend | | | | | | | |
| 101. -Mattel Inc. -common stock | A | Dividend | | | | | | | |
| 102. -Ensco PLC CL A-common stock | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   -Trinity Industries Inc. -common stock | A | Dividend | | | | | | | |
| 104.   -Allergan Inc (common stock) | A | Dividend | | | | | | | |
| 105.   -Broadcom Corp CL A (common stock) | A | Dividend | | | | | | | |
| 106.   -Comcast Corp Class A (common stock) | A | Dividend | | | | | | | |
| 107.   -Cooper Tire & Rubber (common stock) | A | Dividend | | | | | | | |
| 108.   -EMS Corp Mass (common stock) | A | Dividend | | | | | | | |
| 109.   -FedEx Corp (common stock) | A | Dividend | | | | | | | |
| 110.   -H J Heinz Co (common stock) | A | Dividend | | | | | | | |
| 111.   -Maxim Intergrated Products Inc (common stock) | A | Dividend | | | | | | | |
| 112.   -Power Shares Intl Div Ach (common stock) | A | Dividend | | | | | | | |
| 113.   -Powershares Short S&P 500 (common stock) | | None | | | | | | | |
| 114.   -Salesforce.com.inc (common stock) | A | Dividend | | | | | | | |
| 115.   -Seadrill Ltd (common stock) | A | Dividend | | | | | | | |
| 116.   -Spdr Gold Tr Gold Shs (common stock) | A | Dividend | | | | | | | |
| 117.   -Tesoro Petroleum Cp (common stock) | B | Dividend | | | | | | | |
| 118.   -The ADT Corporation(common stock) | A | Dividend | | | | | | | |
| 119.   -Visa Inc Cl A (common stock) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -ING Global Real Estate Fd I (common stock) | A | Dividend | | | | | | | |
| 121. -Intl Business Machines Corp (common stock) | A | Dividend | | | | | | | |
| 122. -Ishares Msci Emerging Mkts FD | A | Dividend | | | | | | | |
| 123. -Ishrs MSCI Mexico Capped Inv | A | Dividend | | | | | | | |
| 124. -Spdr S&P China Etf | A | Dividend | | | | | | | |
| 125. -Covidien Plc (common stock) | B | Dividend | | | | | | | |
| 126. -JB Hunt Trans Serv (common stock) | A | Dividend | | | | | | | |
| 127. -Estee Lauder Co Inc Cl A (common stock ) | A | Dividend | | | | | | | |
| 128. -Morgan Stanley Bank | A | Int./Div. | | | | | | | |
| 129. -Mallinckrodt Public Ltd CD (common stock) July, 2013 | A | Dividend | | | | | | | |
| 130. -Market Vectors Gold Miners - | A | Dividend | | | | | | | |
| 131. -Facebook Inc Cl A (common stock) | | None | | | | | | | |
| 132. -Proshares Short 20+ Treasury (common stock) | | None | | | | | | | |
| 133. TRUST #2B | | | | | | | | | |
| 134. -AT&T Inc. (common stock) | D | Dividend | J | T | | | | | |
| 135. -General Electric Co (common stock) | D | Dividend | J | T | | | | | |
| 136. -Pfizer Inc (common stock) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Philip Morris Int'l Inc (common stock) | B | Dividend | K | T | | | | | |
| 138. -Royal Dutch Shell PLC Cl B (common stock) | B | Dividend | | | | | | | |
| 139. -Cash-Morgan Stanley | A | Int./Div. | M | T | | | | | |
| 140. -Allstate Corp (preferred stock) | D | Dividend | J | T | | | | | |
| 141. -Citigroup Inc. 5.80% Series C (preferred stock) | E | Dividend | J | T | | | | | |
| 142. -JP Morgan Chase & Co (preferred stock) | E | Dividend | J | T | | | | | |
| 143. -Regions Finl Corp (preferred stock) | C | Dividend | J | T | | | | | |
| 144. -Zions Bancorp (preferred stock) | D | Dividend | J | T | | | | | |
| 145. -JP Morgan Income Builder A (mutual fund) | C | Dividend | J | T | | | | | |
| 146. -Nuveen Preferred Sec 1 (mutual fund) | A | Dividend | J | T | | | | | |
| 147. -Nuveen Symphony Credit Oppt 1 (mutual fund) | A | Dividend | J | T | | | | | |
| 148. -Thornburg Inv Inc Builder 1 (mutual fund) | D | Dividend | M | T | | | | | |
| 149. -Amazon Com Inc. (common stock) | | None | K | T | | | | | |
| 150. -Chevron Corp (common stock) | A | Dividend | J | T | | | | | |
| 151. -Cisco Sys Inc. (common stock) | B | Dividend | J | T | | | | | |
| 152. -Eli Lilly & Co (common stock) | A | Dividend | J | T | | | | | |
| 153. -Exxon Mobile Corp (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Google Inc. (common stock) | | None | K | T | | | | | |
| 155. -Int'l Business Machines Corp (common stock) | A | Dividend | K | T | | | | | |
| 156. -Johnson & Johnson (common stock) | A | Dividend | J | T | | | | | |
| 157. -Linkedin Corp-A (common stock) | | None | J | T | | | | | |
| 158. -McDonalds Corp (common stock) | A | Dividend | J | T | | | | | |
| 159. -Procter & Gamble (common stock) | A | Dividend | J | T | | | | | |
| 160. -Southwest Gas Corp (common stock) | A | Dividend | J | T | | | | | |
| 161. -Alerian Mlp Etf (common stock) | C | Dividend | K | T | | | | | |
| 162. -James Bal Gldn Rainbow Inst (mutual fund) | D | Dividend | M | T | | | | | |
| 163. -Lateef Fund I (mutual fund) | D | Dividend | L | T | | | | | |
| 164. -Nuveen Hi Yield Muni Bond I (mutual fund) | D | Dividend | L | T | | | | | |
| 165. -Thornburg Global Opprt I (mutual fund) | B | Dividend | M | T | | | | | |
| 166. -Adecoagro SA (common stock) | A | Dividend | J | T | | | | | |
| 167. -Aegon Nv Adr (common stock) | B | Dividend | J | T | | | | | |
| 168. -AES Corp (common stock) | A | Dividend | J | T | | | | | |
| 169. -Agrium Inc. (common stock) | B | Dividend | | | | | | | |
| 170. -Aetna Inc (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Alstom Adr (common stock) | B | Dividend | J | T | | | | | |
| 172. -Amer Int' Gp Inc (common stock) | C | Dividend | K | T | | | | | |
| 173. -Apache Corp (common stock) | B | Dividend | K | T | | | | | |
| 174. -Archer Daniels Midland (common stock) | C | Dividend | J | T | | | | | |
| 175. -Axis Capital Holdings Ltd (common stck) | A | Dividend | J | T | | | | | |
| 176. -Best Buy Co (common stock) | D | Dividend | J | T | | | | | |
| 177. -Bunge Ltd (common stock) | C | Dividend | J | T | | | | | |
| 178. -China Mobile Ltd (common stock) | B | Dividend | J | T | | | | | |
| 179. -Citigroup Inc New (common stock) | | None | J | T | | | | | |
| 180. -City Dev Ltd Spon Adr (common stock) | A | Dividend | J | T | | | | | |
| 181. -Companhia De Sanemento Basi (common stock) | | None | J | T | | | | | |
| 182. -Cresud Sa Adr (common stock) | A | Dividend | J | T | | | | | |
| 183. -Dean Foods Co (common stock) | C | Dividend | J | T | | | | | |
| 184. -Freeport-McMoran Inc. (common stock) | A | Dividend | J | T | | | | | |
| 185. -Fresh Del Monte Produce Inc (common stock) | C | Dividend | J | T | | | | | |
| 186. -Gazprom O A O Spon Adr (common stock) | | None | J | T | | | | | |
| 187. -General Mtrs Co (common stock) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Goodyear Tire & Rubber (common stock) | | None | J | T | | | | | |
| 189. -H Lundbeck as Spon Adr Lev 1 (common stock) | | None | J | T | | | | | |
| 190. -Infoblox Inc (common stock) | C | Dividend | | | | | | | |
| 191. -Ingram Micro Inc Cla (common stock) | C | Dividend | J | T | | | | | |
| 192. -Interpublic Group of Cos Inc (common stock) | | None | J | T | | | | | |
| 193. -Ingredion Inc Com (common stock) | A | Dividend | J | T | | | | | |
| 194. -Ispen S A Spon Adr (common stock) | C | Dividend | J | T | | | | | |
| 195. -Iss A S Adr (common stock) | | None | J | T | | | | | |
| 196. -Japan Stl Wks Ltd (common stock) | A | Dividend | | | | | | | |
| 197. -KB Financial Grp Inc Sons Adr (common stock) | A | Dividend | J | T | | | | | |
| 198. -Kingfischer Plc Spon Adr (common stock) | | None | J | T | | | | | |
| 199. -KBR Inc. (common stock) | A | Dividend | | | | | | | |
| 200. -KT Corp Spon Adr (common stock) | | None | J | T | | | | | |
| 201. -Loews Corporation (common stock) | A | Dividend | J | T | | | | | |
| 202. -Merck & Co In (common stock) | B | Dividend | J | T | | | | | |
| 203. -Mitsubishi Tanbe Phrm Cp Adr (common stock) | B | Dividend | | | | | | | |
| 204. -Mitsui & Co Ltd Adr (common stock) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -MS&AD Ins Gropup Hldgs Adr (common stock) | A | Dividend | K | T | | | | | |
| 206. -Nippon Telegraph & Telephone Ads (common stock) | B | Dividend | J | T | | | | | |
| 207. -Novartis Ag Adr (common stock) | D | Dividend | J | T | | | | | |
| 208. -Oracle Corp (common stock) | C | Dividend | K | T | | | | | |
| 209. -Petrobras Argentina S A Spon (common stock) | A | Dividend | J | T | | | | | |
| 210. -Ping An Insurance Adr (common stock)Posco Ads (common stock) | C | Dividend | | | | | | | |
| 211. -Posco Ads (common stock) | A | Dividend | J | T | | | | | |
| 212. -Rentokil Group Plc Sp Adr (common stock ) | A | Dividend | J | T | | | | | |
| 213. -Roche Holdings Adr (common stock) | | None | J | T | | | | | |
| 214. -Sanofi Adr (common stock) | | None | K | T | | | | | |
| 215. -Sekisui House Ltd Adr (common stock) | A | Dividend | J | T | | | | | |
| 216. -Seven & I Hldgs Co Ltd Adr (common stock) | B | Dividend | J | T | | | | | |
| 217. -Sumitomo Mitsui Tr Hldgs Inc (common stock) | B | Dividend | J | T | | | | | |
| 218. -Symantec Corp (common stock) | A | Dividend | J | T | | | | | |
| 219. -Tate & Lyle Plc Spon Adr (common stock) | | None | J | T | | | | | |
| 220. -Tata Motors Ltd (common stock) | D | Dividend | | | | | | | |
| 221. -Tech Data Corp (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Telenor Asa Ads (common stock) | A | Dividend | J | T | | | | | |
| 223.  -Telefonica Sa Adr (common stock) | | None | J | T | | | | | |
| 224.  -Tesco Plc Sponsored Adr (common stock) | A | Dividend | J | T | | | | | |
| 225.  -Teva Pharmaceutical Adr (common stock) | B | Dividend | K | T | | | | | |
| 226.  -Time Inc (common stock) | A | Dividend | K | T | | | | | |
| 227.  -TNT Express NV (common stock) | A | Dividend | J | T | | | | | |
| 228.  -TSB Bkg Group Plc Adr Repstg (common stock) | | None | J | T | | | | | |
| 229.  -Turkcell Iletism Hizm as New (common stock) | B | Dividend | | | | | | | |
| 230.  -Tyson Foods Inc Cl a (common stock) | C | Dividend | J | T | | | | | |
| 231.  -UBS Group as SHS (common stock) | B | Dividend | K | T | | | | | |
| 232.  -Vallourec Sa New Spon Adv (common stock) | | None | | | | | | | |
| 233.  -WH Group Ltd (common stock) | | None | J | T | | | | | |
| 234.  -Centrais Elec Bras Adr Pref (preferred stock) | B | Dividend | J | T | | | | | |
| 235.  -Barrick Gold Corp | A | Dividend | | | | | | | |
| 236.  -Impala Platium Hldg Ltd Adr | | None | | | | | | | |
| 237.  -Cabot Oil & Gas Corp A | A | Dividend | | | | | | | |
| 238.  -Allianz NFJ Divid Int (common stock) January 2013 report | C | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Alpine Total Dynamic Divd (common stock) | A | Dividend | | | | | | | |
| 240. -Eaton Vance Tax Mg Cef (common stock) | A | Dividend | | | | | | | |
| 241. -MS Emerging Mkts Domestic Debt (common stock) | C | Dividend | | | | | | | |
| 242. -Bank of America 8.20% Ser H (preferred stck) | B | Dividend | | | | | | | |
| 243. -Vornado Rlty Lp 7.8750% 10/0/39 | D | Dividend | | | | | | | |
| 244. -Advance Auto Parts (common stock) | D | Dividend | | | | | | | |
| 245. -Allscripts Healthcare Solu Inc (common stock) | C | Dividend | | | | | | | |
| 246. -Anglogold Ashanti Ltd (common stock) | A | Dividend | | | | | | | |
| 247. -Arch Coal Inc (common stock) | A | Dividend | | | | | | | |
| 248. -Banco Santander Brasil Sa Ads (common stock) | B | Dividend | | | | | | | |
| 249. -Cameco Corp (common stock) | B | Dividend | | | | | | | |
| 250. -Carrefour sa Sponsored Adr (common stock) | D | Dividend | | | | | | | |
| 251. -Consol Energy Inc (common stock) | A | Dividend | | | | | | | |
| 252. -Electricite De France Adr (common stock) | B | Dividend | | | | | | | |
| 253. -Embraer S A Adr (common stock) | B | Dividend | | | | | | | |
| 254. -Exelon Corp (common stock) | B | Dividend | | | | | | | |
| 255. -Finmeccanica Spa Roma (common stock) | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Forest Labatories Inc (common stock) | C | Dividend | | | | | | | |
| 257. -Guoco Group Ltd Unspon Adr (common stock) | A | Dividend | | | | | | | |
| 258. -Hess Corpoartion (common stock) | B | Dividend | | | | | | | |
| 259. -Industrias Bachoco SA Dev CV (common stock) | D | Dividend | | | | | | | |
| 260. -Irsa Inversiones Represent (common stock) | A | Dividend | | | | | | | |
| 261. -JSC Rushydro Spons Adr (common stock) | A | Dividend | | | | | | | |
| 262. -Kinross Gold Corp New (common stock) | A | Dividend | | | | | | | |
| 263. -Kroger Co (common stock) | D | Dividend | | | | | | | |
| 264. -Milicom Intl Cellular Sa (common stock) | B | Dividend | | | | | | | |
| 265. -Newmont Mining Corp (common stock) | A | Dividend | | | | | | | |
| 266. -NII Holdings Inc Cl B (common stock) | | None | | | | | | | |
| 267. -Nintendo Co Ltd Adr New (common stock) | A | Dividend | | | | | | | |
| 268. -Novagold Res Inc New (common stock) | | None | | | | | | | |
| 269. -NTT Docomo Inc Sp Adr (common stock) | A | Dividend | | | | | | | |
| 270. -Old Republic Intl CP (common stock) | A | Dividend | | | | | | | |
| 271. -Peabody Energy Corp (common stock) | A | Dividend | | | | | | | |
| 272. -Petroleo Brasileiro Sa Adr (common stock) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -SK Telecom Co Ltd (common stock) | B | Dividend | | | | | | | |
| 274. -Smithfield Foods Inc. (common stock) | C | Dividend | | | | | | | |
| 275. -Southwest Energy Company (common stock) | A | Dividend | | | | | | | |
| 276. -Telecom Italia Spa (new) (common stock) | C | Dividend | | | | | | | |
| 277. -Telkom Sa Ltd (common stock) | B | Dividend | | | | | | | |
| 278. -The Mosaic Co (common stock) | A | Dividend | | | | | | | |
| 279. -Turquoise Hill Res Ltd Com (common stock) | | None | | | | | | | |
| 280. -Vivendi Sa Unspon Adr (common stock) | A | Dividend | | | | | | | |
| 281. -Weatherford International Ltd (common stock) | B | Dividend | | | | | | | |
| 282. -Western Digital Corporation (common stock) | D | Dividend | | | | | | | |
| 283. -Corning Inc (common stock) | C | Dividend | | | | | | | |
| 284. -Ing Groep NV ADR (common stock) | C | Dividend | | | | | | | |
| 285. -Banro Corp (common stock) | | None | | | | | | | |
| 286. -Total S A Spon Adr (common stock) | C | Dividend | | | | | | | |
| 287. -Whitewave Foods Corp Cl A (common stock) | A | Dividend | | | | | | | |
| 288. -Microsoft Corp (common stock) | B | Dividend | | | | | | | |
| 289. -Nuveen Tradewinds Glb All CP I | C | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -SSE PLC Spon Adr (common stock) | B | Dividend | | | | | | | |
| 291.  -Big Lots (common stock) | B | Dividend | | | | | | | |
| 292.  -CenturyLink Inc (common stock) | B | Dividend | | | | | | | |
| 293.  -Diamond Offshore Drilling Inc. (common stock) | A | Dividend | | | | | | | |
| 294.  -Family Dollar Stores (common stock) | C | Dividend | | | | | | | |
| 295.  -Magnachip Semiconductor Corp (common stock) | | None | | | | | | | |
| 296.  -Southwest Airlines (common stock) | D | Dividend | | | | | | | |
| 297.  -Morgan Stanley Private Bank | A | Int./Div. | | | | | | | |
| 298.  -Chesapeake Energy (common stock) | A | Dividend | | | | | | | |
| 299.  -Seadrill Ltd (common stock) | B | Dividend | | | | | | | |
| 300.  -Newcrest Mining (common stock) | A | Dividend | | | | | | | |
| 301.  -Credit Suisse Group (common stock) | C | Dividend | | | | | | | |
| 302.  -East Japan Ry Co | B | Dividend | | | | | | | |
| 303.  -Alliant Techsystem | A | Dividend | | | | | | | |
| 304.  -Trans Ocean | B | Dividend | | | | | | | |
| 305.  Golf Link Green Building LLC | D | Distribution | K | U | | | | | |
| 306. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | | | | | |
| 308. | | | | | | | | | |
| 309. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 3/26/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Scott H. Gan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544